450 A.2d 206

Commonwealth v. Gant, Appellant.

Submitted May 5, 1982. Michael J. Byrne, Jr., for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.